JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOSEPH LEE, JR., | CASE NO. CV 19-9196-PA (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| CYNTHIA TAMPKINS, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 30. 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

O:\Review\200630 194 CASE Judgment.wpd